Unsealed by Mag/Judge Webster
on 12-11-14 @ 4:35 pm

SEALED

FILED
NOV 24 2014
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By ___

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH LAMONT REAMS, | : | 1:14CR426-1 |
| also known as "Hot" | : | |
| WALTER LAMONT THORNE-PRICE, | : | 1:14CR426-2 |
| also known as "Walt" | | |

The Grand Jury charges:

COUNT ONE

Beginning on or about April 23, 2014, continuing up to and including on or about June 9, 2014, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, KENNETH LAMONT REAMS, also known as "Hot," WALTER LAMONT THORNE-PRICE, also known as "Walt," and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846 and 841(b)(1)(C).

## COUNT TWO

On or about April 23, 2014, in the County of Durham, in the Middle District of North Carolina, KENNETH LAMONT REAMS, also known as "Hot," and WALTER LAMONT THORNE-PRICE, also known as "Walt," willfully, knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about June 4, 2014, in the County of Durham, in the Middle District of North Carolina, KENNETH LAMONT REAMS, also known as "Hot," and WALTER LAMONT THORNE-PRICE, also known as "Walt," willfully, knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II, controlled substance within the meaning of Title 21, United States Code,

2

Section 812; in violation of Title 21, United States Code,
Section 841(a)(1) and (b)(1)(C).

A TRUE BILL:

FOREPERSON

KYLE D. POUSSON
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY

3