IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR426-2 |
| | : | |
| WALTER LAMONT THORNE-PRICE | : | |

SEALED RESPONSE TO DRAFT PRESENTENCE REPORT

Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure and Local Criminal Rule 32.2, this confirms that the Draft Presentence Report about this Defendant, in the above-docket number(s), has been reviewed by the Government on April 17, 2015.

The Government has reviewed the Draft Presentence Report and:

    __X__    Finds the factual information accurate and makes no request for correction or modification.

    _____    Objects to material information, sentencing guideline ranges, and/or policy statements contained in or omitted from the report as set forth below.

    _____    Disagrees with the point computation as set forth below.

In accordance with Local Criminal Rule 32.3, this Response to the Draft Presentence Report is filed UNDER SEAL.

This, the 17th day of April, 2015.

>	Respectfully submitted,
>
>	RIPLEY RAND
>	UNITED STATES ATTORNEY
>
>
>	/S/ KYLE D. POUSSON
>	Assistant United States Attorney
>	NCSB #38437
>	United States Attorney's Office
>	Middle District of North Carolina
>	101 S. Edgeworth St., 4th Flr.
>	Greensboro, NC  27401
>	Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR426-2 |
| | : | |
| WALTER LAMONT THORNE-PRICE | : | |

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Helen L. Parsonage, Esquire.

                Respectfully submitted,

                RIPLEY RAND
                UNITED STATES ATTORNEY

                /S/ KYLE D. POUSSON
                Assistant United States Attorney
                NCSB #38437
                United States Attorney's Office
                Middle District of North Carolina
                101 S. Edgeworth St., 4th Flr.
                Greensboro, NC  27401
                Phone:  336/333-5351